UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KEVIN BATES | : | Case No. 1:15-CV-817 |
| | : | |
| Petitioner, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Michael R. Merz |
| | : | |
| GEORGE D. CRUTCHFIELD, Warden, | : | |
| Warren Correctional Institution, | : | |
| | : | |
| Respondent, | : | |

**DECISION AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 8); AND (2) DISMISSING THE PETITION WITH PREJUDICE**

This civil case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on December 12, 2016, submitted a Report and Recommendations. (Doc. 8). No objections have been filed.[1]

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this case. Upon consideration of the foregoing, the Court does determine

---

[1] Petitioner was required to object to the Report and Recommendations by December 30, 2016. (Doc. 8). On December 27, 2016, the Magistrate Judge granted Petitioner an extension of time until January 31, 2017, to file objections. Petitioner had 50 days to object to the Report and Recommendations and failed to do so.

that such Report and Recommendations should be and is hereby **ADOPTED** in its entirety.

Accordingly:

1. The petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**;

2. The Court certifies that, pursuant to 28 U.S.C. 1915 (a)(3), an appeal of this Order would not be taken in good faith; and

3. This case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 2/6/17

*Timothy S. Black*
Timothy S. Black
United States District Judge